IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**JEFFERY D. MORGAN**                                                                                    **PLAINTIFF**
**ADC #078410**

v.                              Case No. 2:13-cv-00164-KGB/HDY

**ARKANSAS DEPARTMENT
OF CORRECTION,** *et al*.                                                                              **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge H. David Young (Dkt. No. 4) and the objections filed by plaintiff Jeffery D. Morgan (Dkt. No. 6).  After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that Mr. Morgan's claims against the Arkansas Department of Correction are dismissed with prejudice, and the Arkansas Department of Correction is removed as a party defendant.

SO ORDERED this the 2nd day of June, 2014.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge