IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**JEFFERY D. MORGAN**                                                             **PLAINTIFF**
**ADC #078410**

v.                     **Case No. 2:13-cv-00164-KGB/HDY**

**ARKANSAS DEPARTMENT
OF CORRECTION**, *et al*.                                         **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order filed this date, it is considered, ordered, and adjudged that this case is dismissed with prejudice with respect to plaintiff Jefferey D. Morgan's claims against defendants Monicka Branscomb and the Arkansas Department of Correction and dismissed without prejudice in all other respects; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

SO ADJUDGED this the 28th day of May, 2015.

_____
Kristine G. Baker
United States District Judge